**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ORIOL PAVON,

    Plaintiff,

vs.    CASE NO. 8:05-CIV-566-T-17-MAP

ZMC HOTELS, INC., etc.,

    Defendant.
_____/

## ORDER ON MOTION FOR SUMMARY JUDGMENT

The cause is before the Court on plaintiff's motion for partial summary judgment (Docket No. 10) and response thereto (Docket No. 13).

The plaintiff filed his complaint on March 24, 2005, setting forth two causes of action, Count I: violation of the Americans with Disabilities Act of 1990, wherein he sought injunctive relief and fees and costs only, and Count II: violation of the Florida Civil Rights Act, seeking both injunctive relief and damages (Docket No. 1). In his motion for partial summary judgment, the plaintiff asked this Court to grant summary judgment on the issue of liability as to both causes of action and to have a jury trial on the damages issue. The plaintiff has now filed a "Notice of Mootness of Count 1" (Docket No. 19). In that filing the plaintiff, acknowledges that the federal action in this case, Count I, is moot. Based thereon, the Court determines it should be dismissed.

CASE NO. 8:05-CIV-566-T-17

The plaintiff seeks to have this Court retain jurisdiction on the state cause of action rather than dismiss the entire cause of action.  The Court is not inclined to retain pendant jurisdiction in this case but will allow the parties an opportunity to address the issue before making a final determination on that issue.  Accordingly, it is

**ORDERED** that the motion for summary judgment be **denied as moot** as to Count I of the complaint and **deferred** as to Count II; Count I be dismissed from this cause of action as moot; the plaintiff has five (5) days from the date of this order to file a limited brief, no more than five (5) pages, on the question of why the Court should retain the remainder of the cause of action under pendant jurisdiction; and the defendant shall have five (5) days following the plaintiff's filing to file a responsive brief of no more than five pages (5).

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 31st day of March, 2006.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record